IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICOLE GUGGER,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:19-1609 |
| : | |
| v. : | |
| : | |
| **MOUNTAIN CITY NURSING &** : | |
| **REHABILITATION CENTER, LLC,** : | |
| **t/d/b/a MOUNTAIN CITY NURSING** : | |
| **& REHABILITATION CENTER,** : | |
| Defendants : | |

## JUDGMENT

Pursuant to Order of Court, Judgment is hereby entered in favor of the Defendants, **MOUNTAIN CITY NURSING & REHABILITATION CENTER, LLC, t/d/b/a MOUNTAIN CITY NURSING & REHABILITATION CENTER,** and against Plaintiff, **NICOLE GUGGER**.

Dated:  **September 28, 2022**          **Peter J. Welsh**
                                        Clerk of Court
                                        by s/ Ed Petroski
                                        Deputy Clerk